**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7219**

———————

FENCEL O'HARA MARTIN,

Petitioner - Appellant,

versus

D. SCOTT DODRILL,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge.  (CA-01-76-5-H)

———————

Submitted:  June 5, 2002              Decided:  June 17, 2002

———————

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Fencel O'Hara Martin, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fencel O'Hara Martin seeks to appeal the district court's order denying his petition filed under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Martin v. Dodrill, No. CA-01-76-5-H (E.D.N.C. filed May 14, 2001 & entered May 15, 2001); see also San-Miquel v. Dove, ___ F.3d ___, 2002 WL 1020723 (May 21, 2002) (Nos. 01-6115, 01-6253). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2